

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-16-00315-CV

**IN THE INTERST OF A.G.K. AND T.L.C., CHILDREN**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA02489
Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

The reporter's record was due May 31, 2016. On May 31, 2016, the reporter filed a notification of late record asking for an additional fifteen days to file the record. The reporter also states in her notification that she does "not know the status of indigency." Appellant Thomas Comer filed an affidavit of indigency in the trial court with the notice of appeal. Accordingly, the affidavit was timely. Pursuant to the rules of appellate procedure, any party wishing to contest appellant's affidavit was required to file a contest in the trial court on or before May 31, 2016. No contest was filed. Accordingly, appellant is deemed indigent and the reporter must prepare the record without cost to appellant. We **GRANT** the reporter's request for additional time to file the record and **ORDER** the reporter to file the record in this court **on or before June 15, 2016**.

We further **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and the court reporter.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court